William Conway *v.* Chestnut Street National Bank and George H. Earle, Jr., as Receiver of the Chestnut Street National Bank, Garnishees, Appellants.

Argued Jan. 17, 1899. Appeal, No. 247, Jan. T., 1898, by garnishees, from order of C. P. No. 4, Phila. Co., Dec. T., 1897, No. 626, discharging rule to vacate attachment execution. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Rule to vacate attachment sur judgment.

The facts are similar to those stated in Commonwealth v. Chestnut Street National Bank, ante, p. 606.

*Asa W. Waters* and *W. H. Addicks*, for appellants.

*J. C. Stillwell*, for appellee.

PER CURIAM, January 30, 1899 :

We find no error in this record of which the appellants have any just reason to complain.

Judgment affirmed.